UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN LAWRENCE,

    Petitioner,

v.                                        CASE NO. 6:04-cv-452-Orl-19DAB
                                                 (6:02-cr-177-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

**<u>ORDER STRIKING PLEADING</u>**

This case comes before the Court on Petitioner's *pro se* Motion for Certification of Interlocutory Order Pursuant to 28 U.S.C. § 12929b) and Annexed Petition for Permission to Appeal Pursuant to Rule 5(a)(1)-(3), Federal Rules of Appellate Procedure (Doc. No. 23, filed May 3, 2005) and his *pro se* Notice of Appeal (Doc. No. 24, filed May 23, 2005).

The Court notes that the documents were filed by Petitioner in a *pro se* capacity although he has counsel.[1] Petitioner's attention is directed to Rule 2.03(d), Local Rules of the United States District Court for the Middle District of Florida, which provides in pertinent part:

> Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court; nor shall any party, having previously elected to proceed in proper person, be permitted to obtain special or intermittent appearances of counsel except upon such conditions as the Court may specify.

Petitioner has not sought or received leave of Court to file the above-referenced documents. Accordingly, the documents shall be disregarded by the Court and are hereby **STRICKEN** from the

---

[1] If Petitioner wishes to represent himself in this matter, he must discharge his current counsel and file documents indicating that he has done so. Petitioner in his own right would then assume full responsibility for the progress of this case.

record. *The Clerk of the Court is directed to remove the documents from the record and return them to Petitioner, along with a copy of this Order.*

**DONE AND ORDERED** at Orlando, Florida, this __4th___ day of May, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 5/4
Kevin Lawrence
Counsel of Record