UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN LAWRENCE,

    Petitioner,

v.                                                                CASE NO. 6:04-cv-452-Orl-19DAB
                                                                       (6:02-cr-177-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

This case is before the Court on the following matter:

**MOTION**:    Petitioner's Notice of Interlocutory Appeal (Doc. No. 26, filed May 23, 2005).

A review of the documents attached to the notice of appeal reveals that Petitioner has taken the appropriate steps to discharge his counsel from representing him, and Petitioner will be permitted to proceed *pro se* in this case. Therefore, he is now responsible for the progress of his case and may be served at the following address: Kevin Lawrence, Reg. No. 25127-018, Federal Prison Camp, P. O. Box 4000, Manchester, KY 40962-4000. Petitioner shall advise the Court of any change of address. Failure to do so will result in the case being dismissed for failure to prosecute.

Henceforth, Petitioner shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government. **Should Petitioner fail to include the required certificate of service, the Clerk of this Court is directed to reject the document for filing and return the document without action.**

Having been permitted to proceed *pro se*, it appears that Petitioner's Notice of Interlocutory Appeal (Doc. No. 26) may have been rendered moot. Within **FIFTEEN (15) DAYS** from the date of this Order, Petitioner shall indicate whether he intends to go forward with his appeal. Petitioner is advised that going forward with his appeal may divest this Court of jurisdiction over the instant case. If the appeal is abandoned, an order will then be entered giving Petitioner an opportunity to file a reply to the Government's responses (Doc. Nos. 7 and 14) to his § 2255 motion and his supplemental memorandum of law.

**DONE AND ORDERED** at Orlando, Florida this   1st   day of June, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 6/1
Kevin Lawrence
Counsel of Record